IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.  08-CR-30101-MJR |
| vs. ) | |
| ) | |
| HERMAN WESLEY OSWALT, ) | |
| ) | |
| Defendant. ) | |

# ORDER FINDING NO THIRD-PARTY INTERESTS
# <u>(FINAL ORDER OF FORFEITURE)</u>

REAGAN, District Judge:

On May 8, 2009, this court entered an Order for Forfeiture (Doc. 67) against Herman Wesley Oswalt (Defendant) for the following property which had been seized from Defendant:

**1.    One Ruger, Model P91DC, .40 caliber semiautomatic pistol, bearing serial number 340-32332, and any and all ammunition;**

**2.     Thirteen rounds of .30-06 caliber rifle ammunition, bearing the head stamp "KA 73;"**

**3.    A Giuseppe Tanfoglio, Model GT 27, .25 caliber semiautomatic pistol, bearing serial number 11884, and any and all ammunition;**

**4.    A Beretta, Model 70S, .380 caliber semiautomatic pistol, bearing serial number N04173, and any and all ammunition;**

**5.    A Ruger, Model P89, 9mm semiautomatic pistol, bearing serial number 313-78025, and any and all ammunition;**

**6.    An Intratec, Model Sport-22, .22 caliber semiautomatic pistol, bearing serial number K000946, and any and all ammunition;**

    7.    **An Intratec, Model Tech-22, .22 caliber semiautomatic pistol, bearing serial number 059334, and any and all ammunition;**

    8.    **An Intratec, Model Tech-22, .22 caliber semiautomatic pistol, bearing serial number 073420, and any and all ammunition;**

    9.    **A Savage, Model 110, .30-06 caliber bolt action rifle, bearing serial number F471820, and any and all ammunition;**

    10.    **A Winchester, Model 1300, 12 gauge shotgun, bearing serial number L2993140, and any and all ammunition;**

    11.    **A Survival Arms, Model AR 7, .22 caliber rifle, bearing serial number A312676, and any and all ammunition; and**

    12.    **An unknown origin, Model STEN Mark 2, 9mm sub-machinegun, bearing serial number 66479, and any and all ammunition.**

The Order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning October 30, 2009, and ending November 28, 2009, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

The Court now **GRANTS** the government's motion for final forfeiture order (Doc. 70) after **FINDING**, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on May 8, 2009, namely:

    1.    **One Ruger, Model P91DC, .40 caliber semiautomatic pistol, bearing serial number 340-32332, and any and all ammunition;**

    2.    **Thirteen rounds of .30-06 caliber rifle ammunition, bearing the head stamp "KA 73;"**

3. A Giuseppe Tanfoglio, Model GT 27, .25 caliber semiautomatic pistol, bearing serial number 11884, and any and all ammunition;

4. A Beretta, Model 70S, .380 caliber semiautomatic pistol, bearing serial number N04173, and any and all ammunition;

5. A Ruger, Model P89, 9mm semiautomatic pistol, bearing serial number 313-78025, and any and all ammunition;

6. An Intratec, Model Sport-22, .22 caliber semiautomatic pistol, bearing serial number K000946, and any and all ammunition;

7. An Intratec, Model Tech-22, .22 caliber semiautomatic pistol, bearing serial number 059334, and any and all ammunition;

8. An Intratec, Model Tech-22, .22 caliber semiautomatic pistol, bearing serial number 073420, and any and all ammunition;

9. A Savage, Model 110, .30-06 caliber bolt action rifle, bearing serial number F471820, and any and all ammunition;

10. A Winchester, Model 1300, 12 gauge shotgun, bearing serial number L2993140, and any and all ammunition;

11. A Survival Arms, Model AR 7, .22 caliber rifle, bearing serial number A312676, and any and all ammunition; and

12. An unknown origin, Model STEN Mark 2, 9mm sub-machinegun, bearing serial number 66479, and any and all ammunition.

The Bureau of Alcohol, Tobacco, Firearms, and Explosives or the United States Marshal shall dispose of the property according to law. Said disposal may, at the discretion of the United States, include the destruction of the property.

**IT IS SO ORDERED.**

**DATED June 21, 2010.**

                                            **s/ Michael J. Reagan**
                                            **MICHAEL J. REAGAN**
                                            **United States District Court Judge**